| | |
|---|---|
| 1  SIGAL CHATTAH<br>   Acting United States Attorney<br>2  District of Nevada<br>   Nevada Bar Number 8264<br>3  MELANEE SMITH<br>   Assistant United States Attorney<br>4  501 Las Vegas Boulevard South, Suite 1100<br>   Las Vegas, Nevada 89101<br>5  (702)-388-6336<br>   Melanee.Smith@usdoj.gov<br>6  *Attorneys for the United States of America* | **FILED**<br>SEP 10 2025<br>US DISTRICT COURT<br>DISTRICT OF NEVADA<br><br>AZ.NO: 25-8502MJ |

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHARVIS BO IKAIKAKEKOANUI<br>MAKANAOKEAKUA AYERS,<br><br>Defendant. | Case No. 2:25-mj-00670-NJK<br><br>**CRIMINAL COMPLAINT**<br><br>**VIOLATIONS:**<br><br>18 U.S.C § 1201(a) – Kidnapping<br><br>18 U.S.C §§ 922(g)(1) and 924(a)(8) – Prohibited Person in Possession of a Firearm (Convicted Felon)<br><br>18 U.S.C §§ 922(g)(9) and 924(a)(8) – Prohibited Person in Possession of a Firearm (Domestic Violence) |

BEFORE the United States Magistrate Judge, Las Vegas, Nevada, the undersigned complainant, being duly sworn, deposes and states:

**COUNT ONE**
Kidnapping
(18 U.S.C. § 1201(a))

From on or about September 1, 2025, to on or about September 2, 2025, in the State and Federal District of Nevada and elsewhere,

**CHARVIS BO IKAIKAKEKOANUI MAKANAOKEAKUA AYERS,**

defendant herein, did unlawfully and willfully seize, confine, inveigle, decoy, kidnap, abduct, carry away and hold for ransom and reward and otherwise a person with the initials K.H., and did travel in interstate and foreign commerce from Nevada to Arizona, all in violation of 18 U.S.C. § 1201(a).

## COUNT TWO
Prohibited Person in Possession of a Firearm (Convicted Felon)
(18 U.S.C. §§ 922(g)(1) and 924(a)(8))

On or about September 1, 2025, in the State and Federal District of Nevada, and elsewhere,

**CHARVIS BO IKAIKAKEKOANUI MAKANAOKEAKUA AYERS,**

defendant herein, knowing he had previously been convicted of crimes punishable by imprisonment for a term exceeding one year, that is: Aggravated Assault, on or about November 19, 2012 in Maricopa County Superior Court, Maricopa County, Arizona in Case Number CR2012-147790; and Attempted Battery by Strangulation, on or about June 12, 2025 in Eighth Judicial District Court, Clark County, Nevada in Case Number C-25-390959, knowingly possessed a firearm, that is: a 9mm Ruger 9E handgun bearing serial number 33794405, said possession being in and affecting commerce and said firearm having been shipped and transported in interstate and foreign commerce, all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## COUNT THREE
Prohibited Person in Possession of a Firearm (Domestic Violence)
(18 U.S.C. §§ 922(g)(9) and 924(a)(8))

On or about September 1, 2025, in the State and Federal District of Nevada, and elsewhere,

**CHARVIS BO IKAIKAKEKOANUI MAKANAOKEAKUA AYERS,**

defendant herein, knowing he had previously been convicted of a misdemeanor crime of domestic violence, that is: Domestic Battery, on or about June 12, 2025 in Eighth Judicial District Court, Clark County, Nevada in Case Number C-25-390959, knowingly possessed a firearm, that is: a 9mm Ruger 9E handgun bearing serial number 33794405, said possession being in and affecting commerce and said firearm having been shipped and transported in interstate and foreign commerce, all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## PROBABLE CAUSE AFFIDAVIT

1. Your Complainant, Kyle R. Jaski, as a Special Agent with the Federal Bureau of Investigation (FBI), states the following as and for probable cause:

2. I am a Special Agent with the Federal Bureau of Investigation (FBI), I have been so employed since June 2023, and I am currently assigned to the FBI Las Vegas Division Violent Crime and Fugitive Task Force. I am responsible for investigating violent crimes, to include but not limited to, Kidnapping, Possession of a Firearm by a Prohibited Person, Hobbs Act Robbery, and Carjacking.

3. The statements contained in this affidavit are based on the FBI, Las Vegas Metropolitan Police Department (LVMPD), and Glendale Police Department (GPD) investigation, in which I have been personally involved with. I have not included each and every fact known to me concerning this investigation, rather I have included only those facts I believe are necessary to establish probable cause. All times are approximate.

///
///
///
///

## FACTS ESTABLISHING PROBABLE CAUSE

4. On September 2, 2025, the Las Vegas Metropolitan Police Department (LVMPD) received a call from D.H.[1] who expressed concern that her daughter, K.H.[2], was forcefully taken by Charvis AYERS from a sober living residence located at 7744 Rancho Destino Road, Las Vegas, Nevada. D.H. stated that K.H. suffers from DiGeorge's Syndrome, which is a chromosomal disorder that results in the poor development of several body systems, to include cognitive and intellectual development. D.H. stated that while K.H. is an adult, she functions more like a teenager.

5. LVMPD officers contacted the manager of the sober living residence who stated that Charvis AYERS brought K.H. to the Rancho Destino location one day prior on September 1, 2025. The manager stated that during the check-in process, AYERS was speaking for K.H. and his behavior was very controlling and possessive over K.H. The manager recalled seeing K.H. in her bedroom on September 1, 2025, on or around 9:30 P.M.

6. On or about September 2, 2025, LVMPD contacted D.H. who provided concerning text messages that she had received from K.H. during the evening of on or around September 1, 2025, and continuing to September 2, 2025. During the relevant time period, K.H. sent three pictures of herself, which showed bruising to her breast, her neck, and the side of her face. K.H. stated that the AYERS caused the bruising. On September 1, 2025, at 11:01 P.M., K.H. sent a screenshot of text messages that she received from AYERS. The text message said, "knocking at your door and causing a scene; you think I'm a joke yeah; you wanna fkn run; answer clown; last chance." K.H. sent her mother another text message that said "I think he's trying to break in." K.H. sent another text message that said, "please mom I'm scared"

---

[1] D.H.'s full identity is known to law enforcement
[2] K.H.'s full identity is known to law enforcement

4

and "If anything happens to me mom I love you and grandma and my sister and Kyle guys mom and Kepa."

7.  FBI Agents obtained a Judgement of Conviction from the Eighth Judicial District Court in Clark County, Nevada, for AYERS which showed that he was present for his sentencing on June 12, 2025, as a result of his guilty plea to Attempt Battery by Strangulation, a felony, in violation of NRS 200.481, 193.153 and Battery Constituting Domestic Violence, a misdemeanor, in violation of NRS 200.485(1)(A), 200.481(1)(A), 33.018, in reference to LVMPD Event Number 250400029705, where K.H. is listed as the victim of a domestic violence incident caused by AYERS. AYERS was placed on probation. AYERS' special terms of probation instructed him to "have no contact with the victim in this matter directly or indirectly."

8.  D.H. provided LVMPD with a vehicle description for AYERS which was described as an older model, silver Toyota Tacoma that had duct tape on the front bumper. On September 2, 2025, LVMPD ran AYERS' Arizona license plate CMM4647, which returned to a 2011 Toyota Tacoma and listed AYERS' father, Donovan Lee Kalanimaka Ayers, as the registered party with an address of 11414 N. 58th Avenue, Glendale, Arizona. LVMPD conducted an emergency cell phone ping of AYERS' cell phone number, 602-391-1264, which showed the phone to be in the vicinity of Glendale, Arizona. LVMPD then requested the assistance of the Glendale Police Department (GPD).

9.  On or about September 2, 2025, GPD conducted surveillance in the vicinity of the known residence of AYERS' father and observed a silver Toyota Tacoma matching the description of AYERS' vehicle. GPD initiated a high-risk traffic stop of the vehicle and identified the driver as Charvis AYERS and the passenger as K.H. After both AYERS and K.H. were identified, they were taken into the custody of GPD.

10. On or about September 2, 2025, GPD conducted an interview of K.H. The following is not verbatim, but a synopsis of the interview.

11. K.H. stated that on the night of September 1, 2025, she and AYERS had been arguing via text message. AYERS told K.H. that he was coming to the sober living residence and told her to come outside adding that he would "smack the fuck out of her." K.H. stated that AYERS knocked on the door and then left.

12. K.H. stated that AYERS later returned to the sober living facility on the same night and ordered her out of the residence via text message. AYERS threatened K.H. via text message that he would make a bigger scene if she did not come out of the residence. Fearing for the safety of the other residents, K.H. went outside, and AYERS told her to get in his vehicle. Once K.H. entered the vehicle, AYERS grabbed K.H.'s hair and slammed her head on the dashboard. K.H. stated that AYERS told her that "nobody wanted her" and was berating her. K.H. told AYERS to let her out of the vehicle, but he refused to do so and engaged the child safety locks. AYERS told K.H. that they were driving to Phoenix, Arizona.

13. On or around September 2, 2025, at approximately 12:17 A.M., an LVMPD Patrol Officer attempted to call K.H.'s cell phone. K.H. stated that AYERS saw who was calling, grabbed her cell phone and threw it out of the car window.

14. After AYERS threw K.H.'s phone out of the window, K.H. stated that he brandished a black handgun, racked the slide to the rear, and pointed the gun at K.H.'s heart. AYERS threatened to shoot K.H. and leave her body in the desert. K.H. described the handgun as being black in color with a case (holster) that was also black.

15. LVMPD provided FBI with real-time data and timing advance records, which showed that K.H. received a telephone call from an LVMPD Patrol Officer at approximately 12:17 A.M. on or around September 2, 2025. The records showed the last known location of

K.H.'s phone was in the vicinity of E. Warm Springs Road and Cypress Gardens Lane in Las Vegas, Nevada. The records showed that the telephone did not advance from that location beyond the aforementioned date and time. Based on the last known location of the phone and K.H.'s statement regarding when AYERS brandished the firearm and pointed it at her, it is reasonable to believe this happened in Las Vegas, Nevada.

16. K.H. stated that she blacked out and fell asleep. When she woke up, she stated that she and AYERS began arguing again. AYERS berated K.H. and said that she "ruined his life" and called her a "dumb bitch." K.H. stated that AYERS stopped at an unknown location in Arizona, where she tried to escape from AYERS. K.H. stated that AYERS pulled her back into the vehicle by her hair.

17. K.H. stated that when she and AYERS arrived at his father's house in Glendale, she observed AYERS hand the black handgun to his father's girlfriend and watched her take the gun and walk in the direction of the backyard.

18. On or about September 2, 2025, GPD executed a search warrant, issued by the Superior Court of Maricopa County, for AYERS' father's home, the vehicle AYERS was driving from Nevada to Arizona, all vehicles on the property of 11414 N. 58th Avenue, Glendale, Arizona, and obtained a buccal swab from AYERS. During the execution of the search warrant, a black 9mm Ruger 9E handgun, bearing serial number 337 94405 which was seated in a black holster was recovered from inside of a trailer parked on the side of the house, in front of a wooden gate that accessed the backyard. Five additional firearms were located inside of a safe in the southwest bedroom. Based on K.H.'s description of the black handgun and holster as well as her observation of AYERS giving the gun to his father's girlfriend and observing her walking with the gun towards the vicinity of the backyard where the trailer was

located and where the gun was seized, it is reasonable to believe that the black handgun recovered from the trailer was in the possession of Charvis AYERS.

19.     As stated above, I have reviewed AYERS' criminal history which shows he has a prior felony conviction for Attempted Battery by Strangulation and a prior misdemeanor conviction for Domestic Battery out of the Eighth Judicial District Court, Clark County Nevada in case number C-25-390959. AYERS' criminal history also shows that he has a separate prior felony conviction on November 19, 2021 for Aggravated Assault in Maricopa County Superior Court, Maricopa County, Arizona in case number CR2012-147790. He is therefore prohibited from possessing any firearms.

## CONCLUSION

20.     Based upon the information set forth in this application, your complainant respectfully submits that there is probable cause to believe that CHARVIS BO IKAIKAKEKOANUI MAKANAOKEAKUA AYERS committed the offenses of 18 U.S.C § 1201(a) – Kidnapping; 18 U.S.C § 922(g)(1) – Prohibited Person in Possession of a Firearm (Convicted Felon); and 18 U.S.C. § 18 U.S.C § 922(g)(9) – Prohibited Person in Possession of a Firearm (Domestic Violence).

/s/
Kyle R. Jaski, Special Agent
Federal Bureau of Investigation

SUBSCRIBED and SWORN to before me on this 10th day of September, 2025.

NANCY J. KOPPE
_____
HONORABLE NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

I attest and certify on 9/10/2025 that this is a full true and correct copy of the original document.

NANCY J. KOPPE
U.S. MAGISTRATE JUDGE
DISTRICT OF NEVADA
By _____ Deputy
✓ Clerk

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Nevada

FILED
SEP 10 2025
US DISTRICT COURT
DISTRICT OF NEVADA

| United States of America | ) |
|---|---|
| v. | ) |
| CHARVIS BO IKAIKAKEKOANUI MAKANAOKEAKUA AYERS | ) Case No. 2:25-mj-00670-NJK |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* CHARVIS BO IKAIKAKEKOANUI MAKANAOKEAKUA AYERS,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C § 1201(a) – Kidnapping

18 U.S.C §§ 922(g)(1) and 924(a)(8) – Prohibited Person in Possession of a Firearm (Convicted Felon)

18 U.S.C §§ 922(g)(9) and 924(a)(8) – Prohibited Person in Possession of a Firearm (Domestic Violence)

Date: 09/10/2025

NANCY J. KOPPE
*Issuing officer's signature*

City and state: Las Vegas, Nevada

Honorable Nancy J. Koppe, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*